# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHARLES EDWARD JONES, SR.                                              PETITIONER
ADC #144544

v.                                    4:25-cv-01010-JM-JJV

DEXTER PAYNE,
Director, Arkansas Division of Correction                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Jones's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice.

Dated this 22nd day of October, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE