# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLES EDWARD JONES, SR.**                                             **PETITIONER**
**ADC #144544**

v.                              **4:25-cv-01010-JM-JJV**

**DEXTER PAYNE,**
**Director, Arkansas Division of Correction**                             **RESPONDENT**

## JUDGMENT

Pursuant to the order entered this day, the petition is dismissed without prejudice.

Dated this 22nd day of October, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE